[Crim. No. 819. First Appellate District.—October 16, 1918.]

## In the Matter of the Application of JOHN P. TUREK for a Writ of Habeas Corpus.

CRIMINAL LAW—VOID SENTENCE—INDETERMINATE SENTENCE LAW—RE-SENTENCE.—Prisoner discharged on authority of *In the Matter of Ex parte Bouchard, ante,* p. 441.

APPLICATION for Writ of Habeas Corpus.

The facts are stated in the opinion of the court.

Petitioner *in pro. per.*

U. S. Webb, Attorney-General, and John H. Riordan, Deputy Attorney-General, for Respondent.

THE COURT.—This is an application for a writ of *habeas corpus.* The facts are in all material respects the same and the principles of law involved are the same as in *Ex parte Bouchard, ante,* p. 441, [176 Pac. 692]. On the authority of that case the petitioner should be discharged. It is so ordered.

CRIMINAL LAW—VOID SENTENCE—INDETERMINATE SENTENCE LAW—RE-SENTENCE.—Prisoner discharged on the authority of *Ex parte Bouchard, ante,* p. 441.